UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SKYCREST VENTURES LLC,

                      Plaintiff,

    -against-

WILSON NWEKE, NWEKE GROUP LIMITED
LIABILITY COMPANY, THE JACOBIAN
CORP., MOBILE X WIRELESS CORP., and
MOBILEX ELECTRONICS INC.,

                      Defendants.
---------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Civ. 6273 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In light of the pending motion for judgment on the pleadings (ECF No. 26) the status conference scheduled for December 17, 2021 is hereby adjourned until further notice.

        SO ORDERED.

Dated:    December 14, 2021                /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                        United States District Judge